IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD THOMAS KENNEDY,
Plaintiff,

v.

Case: 1:18-cv-02690    Jury Demand
Assigned To : Unassigned
Assign. Date 10/31/2018
Description: Pro Se General Civil (F Deck)

JURY TRIAL DEMANDED

GEORGE Z. SINGAL, NANCY TORRESEN,
CHRISTA K. BERRY, ROBERT ALLEN,
LINDSEY CARON, JOHN C. NIVISON, and
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE,
Defendants,

Plaintiff's Motion for ECF Access

Edward Thomas Kennedy, hereinafter "Plaintiff" and /or "Kennedy," is one of the

people of Pennsylvania and in this court of record, wishes and requests CM/ECF access, and states

he has a pacer account and has filed successfully in the third circuit.

Date: October 29, 2018

Respectfully submitted,

(seal)

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

Plaintiff's Original Complaint
1 of 2

## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 29th day of October, 2018, the foregoing Plaintiff's Motion for ECF Access was filed and served at Clerk of Court, United States District Court, District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001 by regular US mail.

Date: October 29, 2018.

Respectfully submitted,

_____ (seal)
EDWARD THOMAS KENNEDY