UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 03 2018
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE Z. SINGAL, *et al.*,<br><br>    Defendants. | Civil Action No. 18-2690 (UNA) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is

FURTHER ORDERED that the plaintiff's motion for ECF access [3] is DENIED as moot; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: November 3, 2018